IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MANAL ABDELMALEK, | ) |
| Plaintiff, | ) |
| v. | ) 1:19-CV-664 |
| DUKE UNIVERSITY, | ) |
| Defendant. | ) |

## **ORDER**

The joint stipulation filed by the Parties to this action is hereby **APPROVED**. The entire action, including all claims and counterclaims stated against all parties, is hereby dismissed with prejudice.

This the 30th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE